The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENGUAN LEI,<br><br>Defendant. | NO. CR20-171 JCC<br><br>ORDER CONTINUING RESPONSE AND REPLY DEADLINES FOR DEFENSE MOTIONS |

The parties Stipulated Motion to Continue Response and Reply Deadlines is hereby GRANTED. The Government's response to Defendant's Motions for Bill of Particulars (Dkt. 305) and Motion to Suppress (Dkt. 306), shall be due on June 10, 2022. Defendant's reply, if any, shall be filed on or before June 17, 2022. Defendant's Motions for Bill of Particulars (Dkt. 305) and Motion to Suppress (Dkt. 306) are re-noted for June 17, 2022.

DATED this 2nd day of June 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING RESPONSE AND
REPLY DEADLINES - 1
CR20-171 JCC / *U.S. v. Lei*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2  */s/ Joseph Silvio*
3  JOSEPH SILVIO
   Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING RESPONSE AND
REPLY DEADLINES - 2
CR20-171 JCC / *U.S. v. Lei*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970